FILED
MAR 07 2008
3-7-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICHARD E. BELLGARDT II )<br>)<br>) | No. 08CR 0201<br><br>Violation: Title 18, United States Code, Section 641<br><br>JUDGE ZAGEL<br><br>MAGISTRATE JUDGE KEYS |

The UNITED STATES ATTORNEY charges:

From in or about March 2003 to in or about October 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

RICHARD E. BELLGARDT II,

defendant herein, did steal, purloin, and knowingly convert to his own use money of the United States totaling in excess of $1,000.00 in funds administered by the Department of Veterans Affairs in the form of monthly disability pension benefits, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY