MHN

AO 455 (Rev. 5/85) Waiver of Indictment

FILED
3-26-2008
MAR 2 6 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN___

UNITED STATES OF AMERICA

v.

RICHARD E. BELLGARDT II

**WAIVER OF INDICTMENT**

**CASE NUMBER: 08 CR 201**

I, <u>RICHARD E. BELLGARDT II</u> _____, the above named defendant, who is accused of **stealing, purloining, and knowingly converting to his own use money of the United States totaling in excess of $1,000.00 in funds administered by the Department of Veterans Affairs in the form of monthly disability pension benefits, which funds he was not entitled to receive, in violation of Title 18, United States Code, Section 641**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **March 26, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____James B. Zagel_____
       Judicial Officer