MHK

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of	Case Number: 08CR201

UNITED STATES OF AMERICA
V.
RICHARD BELLGARDT II.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARD BELLGARDT II, Defendant

FILED
MAR 2 6 2008
3-26-2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | AL KOLA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | LAW OFFICES OF AL KOLA |
| STREET ADDRESS | 1751 SOUTH NAPERVILLE ROAD, SUITE 204 |
| CITY/STATE/ZIP | WHEATON, IL 60187 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6272550 |
| TELEPHONE NUMBER | 1-630-407-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐