UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. 08 CR 201 |
| v. | ) | |
| | ) | |
| RICHARD E. BELLGARDT, II, | ) | Judge Zagel |
| | ) | |
| Defendant | ) | |
| | ) | |

**SATISFACTION OF JUDGMENT**

Judgment was entered for the United States, and against the defendant, Richard E. Bellgardt, II, in the above-entitled cause in the United States District Court, for the Northern District of Illinois.

The judgment in the amount of $49,475.00 has been satisfied.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6008
joseph.stewart@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      SATISFACTION OF JUDGMENT

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed., to the following non-ECF filers:

Richard E. Bellgardt, II
293 Hoover Drive
Woodale, Illinois 60191


                By: s/ Joseph A. Stewart
                JOSEPH A. STEWART
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois  60604
                (312) 469-6008
                joseph.stewart@usdoj.gov